■ JANICE SILVERSTEIN et al., Appellants, v PARRISH ART MUSEUM et al., Respondents. [671 NYS2d 334] —Appeals by the plaintiffs from two judgments of the Supreme Court, Suffolk County (Gowan, J.), both entered February 13, 1997.

Ordered that the judgments are affirmed, with one bill of costs, for reasons stated by Justice Gowan at the Supreme Court in his orders dated November 15, 1996. Miller, J. P., Thompson, Friedmann and McGinity, JJ., concur.